GRISHAM et al. *v.* MOORE et al.

No. 41957          October 16, 1961          133 So. 2d 403

*B. N. Knox, Jr.,* New Albany, for appellants.

*Bolton & Doty,* Tupelo; *W. L. McDonough,* New Albany, for appellees.

ARRINGTON, J.

We have carefully reviewed the record in this case, and we are of the opinion that the conclusions reached by the chancellor, both as to the law and the facts, are correct. It follows, therefore, that the cause should be and is affirmed.

Affirmed.

*McGehee, C. J.,* and *Kyle, Ethridge* and *Rodgers, JJ.,* concur.